COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| CHARLES RODRIQUEZ and ALL OTHER OCCUPANTS OF 1805 NELVA STREET, WACO, TEXAS 76711, | § § § | No. 08-15-00104-CV |
| Appellants, | § | Appeal from the |
| v. | § | County Court at Law No. 2 |
| MIDFIRST BANK, | § | of McLennan County, Texas |
| Appellee. | § | (TC# 20140964CV2) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellants and their sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 10TH DAY OF AUGUST, 2016.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.